UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY



DANIEL ANTONIO
MALDONADO-CONTRERAS           :  Civil Action No.: 01-2689 (JLL)

    Petitioner,

    v.                                                  :  **ORDER**

UNITED STATES OF AMERICA,

    Respondent.

For the reasons set forth in the Court's Opinion filed herewith,

It is on this ___6th___ day of ___July___, 2005

ORDERED that the application for a motion to vacate, set aside or correct a sentence under 28 U.S.C. § 2255 is dismissed with prejudice; it is further

ORDERED that no certificate of appealability will issue.

JOSE L. LINARES
United States District Judge

Page 7 of 7